COMMONWEALTH of Pennsylvania, Respondent

v.

Mason Harris GRAY, Petitioner.

Supreme Court of Pennsylvania.

March 7, 2012.

## ORDER

PER CURIAM.

AND NOW, this 7th day of March 2012, the Petition for Allowance of Appeal is DENIED. The Application for Relief is also DENIED.